BETH A. HUBER (SB 184702)
THE HUBER LAW FIRM
1104 Lincoln Ave.
San Rafael, California 94901
Telephone: (415) 456-4411
Facsimile: (415) 456-3811

Attorneys for Defendants
BAY AREA COMMUNITY RESOURCES
AND MARTIN WEINSTEIN

SHANGA NORRIS
1137 Walpert St. #85
Hayward, CA 94541
Telephone: (510) 635-8548

Plaintiff In Forma Pauperis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANGA NORRIS, | NO. 3:03-cv-2985 MJJ |
| Plaintiff, | DEFENDANT BAY AREA COMMUNITY RESOURCE'S REQUEST FOR DISMISSAL WITH PREJUDICE |
| vs. | |
| BAY AREA COMMUNITY RESOURCES, MARTIN WEINSTEIN | |
| Defendants. | |

Given The Court's March 28, 2007 Order Adopting Report and Recommendation Re Plaintiff's Motion to Vacate Arbitration Award as attached hereto as Exhibit A, Defendant Bay Area Community Resources ("BACR") respectfully requests that this matter be dismissed in its entirety and with prejudice from federal court and that the Status Conference set for November 13, 2007 be vacated.

/ / /

1

|   |   |
|---|---|
|   | THE HUBER LAW FIRM |
| DATED:    October 9, 2007 | */s/ Beth A. Huber* |
|   | BETH A. HUBER |
|   | Attorney for Defendant |
|   | BAY AREA COMMUNITY RESOURCES |

**IT IS SO ORDERED**

DATED: 10/11/07

*/s/ Martin J. Jenkins*

The Honorable Martin J. Jenkins
United States District Judge

2

DEFENDANT BAY AREA COMMUNITY RESOURCES' REQUEST FOR DISMISSAL